IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RCI HOSPITALITY HOLDINGS, INC., et al. | : : | |
| v. | : : | CIVIL ACTION NO. 23-2075 |
| ASPEN SPECIALITY INSURANCE COMPANY, et al. | : : | |

| | | |
|---|---|---|
| ASPEN SPECIALITY INSURANCE COMPANY | : : : | |
| v. | : : | CIVIL ACTION NO. 23-2354 |
| RCI HOSPITALITY HOLDINGS, INC., et al. | : : | |

**ORDER**

This 26th day of September, 2023, it is hereby **ORDERED** that Defendant Broadspire's Motion to Dismiss, ECF 10, is **GRANTED**.

/s/ Gerald Austin McHugh
United States District Judge